Jessie Samuel Rufus BENFORD,
Appellant,

v.

HOME DEPOT U.S.A., INC., Appellee.

No. 02–2725.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 23, 2003.

Decided Jan. 28, 2003.

Before BYE, FAGG, and RILEY,
Circuit Judges.

PER CURIAM.

Jessie Benford appeals from the district court's[1] order granting judgment as a matter of law (JAML) in his employment discrimination action. Having reviewed de novo the record and the parties' briefs, we agree with the district court's bases for granting JAML to Home Depot. *See Arabian Agric. Servs. Co. v. Chief Indus., Inc.,* 309 F.3d 479, 482 (8th Cir.2002) (de novo review of JAML; JAML should not be granted unless party has been fully heard on issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).